In the Matter of The People of the State of New York, by George S. Van Schaick, as Superintendent of Insurance, for an Order to Take Possession of the Property of the Bond and Mortgage Guarantee Company.

City Bank Farmers Trust Company, as Trustee under the Will of Frank Little, Deceased, Appellant; George S. Van Schaick, as Superintendent of Insurance, Rehabilitator of Bond and Mortgage Guarantee Company et al., Respondents.

(Argued January 9, 1936; decided January 28, 1936.)

*Edwin W. Cooney* and *Edward L. Hunt, Jr.*, for appellant.

*Carroll H. Brewster* and *Edwin E. Peterson* for Guaranty Trust Company of New York, *amicus curiæ.*

*John F. Caskey* and *James B. McDonough, Jr.*, for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.